THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RACHEAL LYNN BARBER, | : |
| Plaintiff, | : |
| v. | : Civil Action |
| | : No. 5:10-cv-135 (CAR) |
| BALDWIN COUNTY LAW | : |
| ENFORCEMENT CENTER, *et al.*, | : |
| Defendants. | : |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 7] to dismiss Plaintiff's claims against Defendants "Baldwin County Law Enforcement Center" and "Employees." Plaintiff has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendants "Baldwin County Law Enforcement Center" and "Employees" are hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's claims against Dr. Theron Harrison remain for further proceedings.

It is SO ORDERED this 21st day of July, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw