# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **RACHEAL LYNN BARBER,** | : |
| Plaintiff, | :: Civil Action No. |
| | : 5:10-CV-135 (CAR) |
| v. | : |
| **THERON HARRISON,** | : |
| Defendant. | : |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc 25] that Defendant's Motion for Summary Judgment [Doc. 16] be granted. A copy of the Recommendation was mailed to Plaintiff, but it was returned as undeliverable. Accordingly, no objection has been filed. Having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge, and the Recommendation is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 12th day of May, 2011

                                                                      S/ C. Ashley Royal
                                                                       C. ASHLEY ROYAL, JUDGE
                                                                       UNITED STATES DISTRICT COURT

jlr